RECEIVED
IN LAKE CHARLES, LA

FEB -5 2013

TONY R. MOORE, CLERK
BY_____
             DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| MELVIN LUTCHER, SR.<br>21092-034 | CIVIL ACTION NO.2:11-CV-1754 |
| | SECTION P |
| VS. | JUDGE MINALDI |
| WARDEN JOE P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 3] of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, on this 30 day of Jan_____, 2013.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE